# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

VINCENT SAVAGE,

    Plaintiff,

v.                                           No. 2:17-cv-00872-GBW-KRS

STATE FARM FIRE & CASUALTY
COMPANY,

    Defendant.

## SCHEDULING ORDER

**THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on September 21, 2017. At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan with the modifications noted herein.

**IT IS, THEREFORE, ORDERED** that the parties shall adhere to the following discovery plan:

(a) Maximum of 25 interrogatories per party to the other party with responses due 30 days after service.

(b) Maximum of 25 requests for admission per party to the other party with responses due 30 days after service.

(c) The Court will not limit requests for production with the caveat that any party may seek relief in the event the other party's number of requests becomes unreasonable or burdensome.

(d) Maximum of 8 depositions by each party. Depositions shall not exceed the maximum time allowed under the Federal Rules.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

    (a) Deadline for Plaintiff to join parties or amend pleadings pursuant to Federal Rule of Civil Procedure 15: **November 1, 2017**;

    (b) Deadline for Defendant to join parties or amend pleadings pursuant to Federal Rule of Civil Procedure 15: **December 1, 2017**;

    (c) Plaintiff's expert-disclosure deadline: **February 1, 2018**;

    (d) Defendant's expert-disclosure: **March 1, 2018**;

    (e) Deadline for supplementing discovery/disclosures: **Within thirty days of receiving information requiring supplementation.**

    (f) Termination of discovery: **March 30, 2018**;

    (g) Motions relating to discovery: **May 1, 2018**;

    (h) All other motions, including dispositive and *Daubert* motions: **June 1, 2018**;

    (i) Pretrial order: Plaintiff to Defendant by: **July 16, 2018**;

        Defendant to Court by: **July 23, 2018**.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery. Requests by a party to change the timing or scope of discovery must be made by motion and before the termination of discovery or the expiration of any applicable deadline. Discovery must be completed on or before the termination of the discovery deadline. A written discovery request must be propounded by a date so that the response to that request shall be due on or before the discovery deadline. The parties are further reminded that the cutoff for motions related to discovery does not relieve the party of the 21-day time period under Local Rule 26.6 to challenge a party's objections to answering discovery. The parties are encouraged

to review Federal Rule of Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

                                                           _____
                                                           KEVIN R. SWEAZEA
                                                           UNITED STATES MAGISTRATE JUDGE